UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| United States of America | § | |
| --- | --- | --- |
| | § | |
| vs. | § | Case No: AU:21-CR-00048(5)-LY |
| | § | |
| (5) Bobby Hale | § | |

**WITNESS LIST for ARRAIGNMENT / DETENTION HEARING BY VIDEO held on April 27, 2021**

| **BY United States of America** | **BY (5) Bobby Hale** |
| --- | --- |
| 1. Hunter Pelt - DEA | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |
| 18. | 18. |